Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STRAIGHTARROW MCPHERSON,<br><br>Defendant. | No.  6:17-mj-0033-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Subsequent to his initial appearance before the Court on this matter, the Defendant was arrest in Mariposa County on felony charges and has been in custody since that arrest on approximately July 1, 2017.  The Government is informed and believes the State has determined the Defendant is not competent to stand trial in their pending matter, and the Defendant is being transferred to a mental health facility.

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated:  November 4, 2017      /S/ Susan St. Vincent
                              Susan St. Vincent
                              Legal Officer
                              Yosemite National Park

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. McPherson* 6:17-mj-0033-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: November 6, 2017          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE